■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK HARRISON, Appellant. [27 NYS3d 896]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kron, J.), rendered November 21, 2013, convicting him of robbery in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, his guilty plea was valid. Guilty pleas are valid only if they are "knowing, voluntary and intelligent" (*People v Conceicao*, 26 NY3d 375, 382 [2015]; *see People v Harris*, 61 NY2d 9, 16-17 [1983]; *People v Murrell*, 135 AD3d 882 [2016]). Here, the record, examined as a whole, establishes that the defendant was aware of his

constitutional rights and that he voluntarily relinquished them (*see People v Harris*, 61 NY2d at 17; *People v Sirico*, 135 AD3d 19, 22 [2015]). Rivera, J.P., Balkin, Cohen and Barros, JJ., concur.